IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOSHUA CLIFTON JOHNSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-19-962-SLP |
| DAVIS CORRECTIONAL FACILITY, et al., | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered on January 10, 2020 [Doc. No. 14]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted.[1] Therefore, the Court finds that Plaintiff has waived further review of all issues addressed in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656 (10th Cir. 1991); *see also United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

Accordingly, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

---

[1] The case file reflects that the Clerk's mailing of prior filings to Plaintiff have been returned as undeliverable. However, it is Plaintiff's obligation to provide written notice of a change of address. *See* LCvR 5.4(a) ("Papers sent by the court will be deemed delivered if sent to the last known address given to the court."); *see also Theede v. United States Dep't of Labor*, 172 F.3d 1262, 1267-68 (10th Cir. 1999) (*pro se* plaintiff who failed to provide a change of address or address correction waived review by failing to make a timely objection).

IT IS SO ORDERED this 18th day of February, 2020.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE